IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RICARDO LOPEZ, JR., | § § § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. 7:20-CV-0050 |
| RIO GRANDE CITY CONSOLIDATED INDEPENDENT SCHOOL DISTRICT, DANIEL J. GARCIA, ELEAZAR VELASQUEZ, JR., DARIA BABINEAUX INDIVIDUALLY AND IN THEIR CAPACITY AS MEMBERS OF THE BOARD OF DIRECTORS, | § § § § § § § § § § | |
| Defendants. | § § | |

## NOTICE OF ORAL AND VIDEOTAPED DEPOSITION OF RICARDO LOPEZ, JR. AND SUBPOENA DUCES TECUM

TO: Plaintiff Ricardo Lopez, Jr., through his attorney of record, Marcus C. Barrera, BARRERA, SANCHEZ & ASSOCIATES, P.C, 10113 N 10th Street, Ste. A, McAllen, Texas 78504.

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants will take the oral and videotaped deposition of Plaintiff Ricardo Lopez, Jr. The deposition will take place on **Monday, November 9, 2020 at 9:00 am via Zoom.**

The deposition will continue from day to day until completed. The deposition will be recorded stenographically and videotaped by a certified court reporter. Furthermore, pursuant to Rules 30(b)(2) and 34 and of the Federal Rules of Civil Procedure the witness is requested to produce at the deposition the documents listed on attached Exhibit A.

Dated: October 9, 2020

Respectfully submitted,
*/s/ David Campbell*
David Campbell
Southern District ID No. 1073749
Texas Bar No. 24057033
ATTORNEY-IN-CHARGE
Email: dcampbell@808west.com
Kevin O'Hanlon
Southern District ID No. 10280
Texas Bar No. 15235500
Email: kohanlon@808west.com
Leslie McCollom
Southern District ID No. 7047
Texas Bar No. 13431975
Email: lmccollom@808west.com
**O'HANLON, DEMERATH & CASTILLO**
808 West Avenue
Austin, Texas 78701
Phone: (512) 494-9949
Fax: (512) 494-9919
**ATTORNEYS FOR DEFENDANTS**

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served through the federal court ECF system, and by email, on the following, on October 9, 2020:

Marcus C. Barrera
Aaron Alaniz
BARRERA, SANCHEZ & ASSOCIATES, P.C.
BARRERA, SANCHEZ & ASSOCIATES, P.C.
marcus@bsmlawyers.com
melissa@bsmlawyers.com
**Counsel for Plaintiff**

*/s/ David Campbell*
David Campbell

# EXHIBIT "A"
# SUBPOENA DUCES TECUM

"Documents and tangible things" is defined by Rule 34(a)(1). The term also includes electronically stored information. (See Rule 34(a)(1)(a).

The terms "you" and "your" mean the Plaintiff Ricardo Lopez and his agents, representatives, attorneys, experts, and other persons acting or purporting to act on Plaintiff Ricardo Lopez's behalf.

Please print out a legible copy of all electronically stored data and information <u>as well as provide</u> a .pdf and native format copy on compact disc of same.

1. All documents and tangible things that show you notified your principal or immediate supervisor about the arrest described in your Complaint within three calendar days of the arrest.

2. All documents and tangible things that show you requested a hearing within 15 days of receiving the Notice of Proposed Non-renewal dated October 19, 2018.

3. All documents and tangible things regarding your non-renewal or termination at any time in 2018 and 2019.

4. All documents and tangible things that show you received medical treatment for mental anguish and emotional stress.

5. All documents and records pertaining to Cause No. 20-CR-57; *State of Texas v. Ricardo Lopez, Jr.*